UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ronnie Duncan,

        Plaintiff(s),                                    Case No. 24-13482

v.                                                      Honorable Susan K. DeClercq
                                                             United States District Judge

Detroit Television Station WKBD Inc.,

        Defendant(s).
_____/

# SCHEDULING ORDER FOR CIVIL CASE (PHASE I)

**You will not receive additional notice of these dates**. Some deadlines might be shorter than the Local Rules or Federal Rules provide. All time will be calculated under Civil Rule 6(a). More details follow below, so please read this Order carefully.

| Event | Date |
| --- | --- |
| Exchange of Rule 26(a)(1) Initial Disclosures | March 24, 2025 |
| Exchange of Lay Witness and Expert Witness Lists | June 20, 2025 |
| Amendments/Joinder cutoff | August 4, 2025 |
| Settlement conference held by | June 13, 2025 |
| Mid Discovery Status conference via Zoom | July 28, 2025 at 10:00 a.m. |
| Rule 26(a)(2) Expert Reports due | October 8, 2025 |
| Fact Discovery Ends | December 5,2025 |
| Settlement Conference to be held by | December 12, 2025 |
| Phase II Scheduling conference via Zoom | December 16, 2025 at 10:00 a.m. |

As the case progresses, the parties are to continually review the Court's Civil Case Management Requirements and Practice Guidelines found on the docket and on the Court's website.

- 2 -

It is so **ORDERED**.

Dated: March 20, 2025                                  */s/Susan K. DeClercq*
                                                       SUSAN K. DeCLERCQ
                                                       United States District Judge