IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RONNIE DUNCAN,<br><br>    Plaintiff,<br><br>   vs.<br><br>DETROIT TELEVISION STATION WKBD INC., CBS BROADCASTING INC. & PARAMOUNT GLOBAL,<br><br>    Defendants. | Case No. 2:24-cv-13482<br><br>Judge: Susan K. DeClercq<br>Mag. Judge: David R.Grand |

Ertis Tereziu (P84911)
etereziu@forthepeople.com
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, Michigan 48075
Telephone:  313.739.1953

Marc Edelman, FL Bar No. 0096342
medelman@forthepeople.com
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone:  813.577.4722

Attorneys for Plaintiff

Gary C. Ankers (P41599)
gankers@littler.com
LITTLER MENDELSON, P.C.
500 Woodward Ave., Suite 2600
Detroit, Michigan 48226
Telephone:  313.446.6400
Facsimile:   313.446.6405

Attorneys for Defendants DETROIT TELEVISION STATION WKBD INC., CBS BROADCASTING INC. & PARAMOUNT GLOBAL

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court, and Plaintiff, Ronnie Duncan, and Defendants, Detroit Television Station WKBD Inc., CBS Broadcasting Inc., and Paramount Global, through their respective counsel, having stipulated to the entry

of an Order dismissing the case with prejudice and without costs or attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice, and without costs or attorney fees to any party.

Dated: August 14, 2025            /s/Susan K. DeClercq
                                  SUSAN K. DeCLERCQ
                                  United States District Judge

**PLAINTIFF AND DEFENDANT, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE TO THE ENTRY OF THIS ORDER TO DISMISS CASE.**

*/s/Ertis Tereziu (w/consent)*            */s/Gary C. Ankers*
Ertis Tereziu (P84911)                    Gary C. Ankers (P41599)
Marc Edelman FL Bar No. 0096342           Michelle S. Walsh (P83790)
etereziu@forthepeople.com                 gankers@littler.com
medelman@forthepeople.com                 mswalsh@littler.com
MORGAN & MORGAN, P.A.                     LITTLER MENDELSON P.C.

*Attorneys for Plaintiff*                 *Attorneys for Defendants*